*Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 677. BARNES *v.* BOYD ET AL. March 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Franklin Fairleigh* for petitioner. *Messrs. George E. Price* and *Robert S. Spilman* for respondents.

No. 679. BUCHANAN ET AL. *v.* UNITED STATES. March 18, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Camden R. McAtee* and *Edmund F. Trabue* for petitioners. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *M. Leo Looney, Jr.,* for the United States.

No. 680. CREEL *v.* CREEL. March 18, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Edwin J. Creel, pro se. Messrs. Leon Tobriner* and *Selig C. Brez* for respondent.

No. 689. OREGON-WASHINGTON RAILROAD & NAVIGATION CO. *v.* STRAUSS & CO., INC. March 18, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Henry W. Clark* and *Arthur C. Spencer* for petitioner. *Messrs. William P. Ellis* and *Wallace McCamant* for respondent.

No. 695. LIBERTY BANK OF BUFFALO *v.* BUFFALO. March 18, 1935. Petition for writ of certiorari to the